# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| IN RE: | ) IN PROCEEDINGS UNDER<br>) CHAPTER 13<br>)<br>) CASE NO.: 17-16020<br>) |
| MARK B. TOMCO | ) JUDGE: JESSICA E. PRICE SMITH<br>)<br>) |
| Debtor(s) | ) **RESPONSE TO MOTION FOR**<br>) **AUTHORITY TO SELL REAL PROPERTY**<br>)<br>) |

NOW COMES THE SECURED CREDITOR, Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its counsel, and hereby files its Response to the Chapter 7 Trustee's Motion for Authority to Sell Real Property in the above-captioned matter. Nationstar Mortgage LLC d/b/a Mr. Cooper holds the first mortgage on the property located at 3519 Kneirim Drive, Lorain, OH 44053. As such it is entitled to have its first mortgage paid in full and/or at an amount approved by Creditor from the proceeds of the Sale.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper prays that its mortgage be paid in full and/or at an amount approved by Creditor through the date of closing from the proceeds of the Sale.

/s/ Chris E. Manolis
Shapiro, Van Ess, Phillips & Barragate, LLP
Chris E. Manolis(OH-0076197)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
cmanolis@logs.com

## **CERTIFICATE OF SERVICE**

       The undersigned does hereby certify that a copy of the foregoing was served, on the 19th day of December, 2017, to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J Balena, on behalf of Mark B Tomco, debtor(s), at docket@ohbksource.com

    Waldemar J. Wojcik, on behalf of the Chapter 13 Trustee's office at wwojcik@wojciklpa.com

    United States Trustee at Registered address @usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Mark B Tomco, 1606 Grafton Road, Elyria, OH 44035


                                /s/ Chris E. Manolis
                                Shapiro, Van Ess, Phillips & Barragate, LLP
                                Chris E. Manolis (OH-0076197)
                                4805 Montgomery Road, Suite 320
                                Norwood, OH 45212
                                Phone: (513) 396-8100
                                Fax: (847) 627-8805
                                Email: cmanolis@logs.com